IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SHIRLEY M. SCOTT                                                                                    PLAINTIFF

vs.                                      CASE NO. **2:06CV00163JMM**

MICHAEL J. ASTRUE,                                                                              DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Pursuant to the Order entered this date, the Court reverses the decision of the Commissioner and remands the case to the Commissioner with instructions to conduct further proceedings consistent with this Order.  This is a sentence-four remand.

IT IS SO ORDERED this 1st  day of August, 2007.


                                                                                         _____
                                                                                         UNITED STATES DISTRICT JUDGE

-1-